IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL SAMPSON, | : | Civ. No. 4:13-CV-00980 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| AGENT DAVIS, | : | |
| Defendant. | : | |

**ORDER**
January 28, 2014

**BACKGROUND:**

The undersigned has given full and independent consideration to the December 19, 2013 report and recommendation of Magistrate Judge William I. Arbuckle, III. ECF No. 11. Objections were due on January 6, 2014. To date, the Plaintiff has not filed an objection.

Because this Court agrees with Magistrate Judge Arbuckle's analysis, the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge William I. Arbuckle III's Report and

        Recommendation is ADOPTED in full.  December 19, 2013 ECF No. 11.

2.      Plaintiff's Complaint is DISMISSED, with prejudice.  April 17, 2013, ECF No. 1.

3.      The Clerk is directed to close the case file.

                              BY THE COURT:

                              s/Matthew W. Brann
                              Matthew W. Brann
                              United States District Judge